UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ADALBERTO TELLEZ LEON, ) <br> ) <br> Petitioner, ) <br> ) <br> v.  ) <br> ) <br> BRANDON CROWLEY Jail Commander at Clay ) <br> County Detention Center, in his official capacity ) <br> only, et al., ) <br> ) <br> Respondents. ) | No. 2:25-cv-00561-MPB-MG |

**Order Directing Clerk to Issue Amended Final Judgment**

The Court granted Petitioner's petition for a writ of habeas corpus on November 25, 2025, and issued final judgment that same day. Dkts. 17, 18. The final judgment, however, did not specify the relief that was awarded. *See Johnson v. Acevedo*, 572 F.3d 398, 400 (7th Cir. 2009). Accordingly, **the clerk is directed** to issue an amended final judgment consistent with the Court's order granting the petition.

**So Ordered.**

Date: January 22, 2026

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:
All Electronically Registered Counsel