UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ADALBERTO TELLEZ LEON, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 2:25-cv-00561-MPB-MG ) |
| BRANDON CROWLEY Jail Commander at Clay County Detention Center, in his official capacity only, et al., | ) ) ) ) |
| Respondents. | ) ) |

**Amended Final Judgment**

The Court has granted the petition for a writ of habeas corpus. Within seven days of the Court's November 25, 2025, order, Respondents must either: (1) provide Petitioner with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a); or (2) release Petitioner from custody, under reasonable conditions of supervision. The Court now enters final judgment.

Date: January 22, 2026

_____
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

All Electronically Registered Counsel